No. 2736. BIAGGI HERMANOS, APELANTES, *v.* PÉREZ, APELADO.—Corte de Distrito de Ponce. Resuelto en marzo 16, 1923. Habiéndose interpuesto la apelación en este caso, contra la orden de la corte de distrito aprobando el memorándum de costas archivado a virtud de la sentencia dictada en apelación por dicha corte y de la cual no cabe recurrir para ante

este Tribunal Supremo, y por los fundamentos del caso de *Marín* v. *American Railroad Co. of P. R.*, de marzo 5, 1923, se desestima la apelación.